Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-298

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Anatomy of a Guinea Pig

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 01, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Sophie Margaret Corrigan
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Sophie Margaret Corrigan
2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom

## Rights and Permissions

**Name:** Sophie Margaret Corrigan
**Email:** sophie_corrigan@live.co.uk
**Address:** 2-4 Mill Street, Coppull
Chorley PR75AZ United Kingdom

## Certification

**Name:** David Denholm
**Date:** August 01, 2025
**Applicant's Tracking Number:** SC2025080101

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-885

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Anatomy of a Beluga Whale |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 01, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080103 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-824

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Anatomy of a Squirrel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 07, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080104 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-834**

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

**Title of Work:** Hedge-Hugs

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 19, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Sophie Margaret Corrigan
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Sophie Margaret Corrigan
2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom

## Rights and Permissions

**Name:** Sophie Margaret Corrigan
**Email:** sophie_corrigan@live.co.uk
**Address:** 2-4 Mill Street, Coppull
Chorley PR75AZ United Kingdom

## Certification

**Name:** David Denholm
**Date:** August 01, 2025
**Applicant's Tracking Number:** SC2025080102

Page 1 of 2



HEDGEHUGS



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-467-826**

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Sloffee |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 31, 2015 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080105 |

