**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SOPHIE MARGARET CORRIGAN,

      Plaintiff,                          Case No.: 1:26-cv-06012

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | 191TinMetalAOP |
| 2 | 光品生活店 |
| 3 | pinghushirushunjianzhugongchengyouxiangongsi |
| 4 | dikuguanggaochuanmeiyouxiangongsi |
| 5 | 扭腰裤服饰百货 |
| 6 | wangshengfushi |
| 7 | dalianyimanshangmaoyo |
| 8 | BaoYiDaNeiZhuangShiSheJi |
| 9 | Guelineok |
| 10 | wanyujiewangmao32 |
| 11 | jiandexinsijijianzhufuwuyouxiangongsi |
| 12 | shanxiyadushuihuixiyu |
| 13 | TianJinYunXiZhiLianKeJiYouXianGongSi |
| 14 | yusijie66 |
| 15 | Sallyfanny14 |
| 16 | GuoWeiHua |
| 17 | daiwri |
| 18 | bozhoushiruizelengnuanshebei |
| 19 | huaibeihantushangmaoyoux |
| 20 | Jinwaftv |
| 21 | yuanywa55 |
| 22 | BAYABU |
| 23 | USAWenboco |
| 24 | HuaKai WuSheng |
| 25 | skyrockett |

1

| 26 | hubeishenglechenchishangmaoyouxiangongsi |
|----|------------------------------------------|
| 27 | YangYQ |
| 28 | yanuuw |
| 29 | yalog |
| 30 | zhengzhouxianyunqigongyinglian |
| 31 | 瞒床一佳架 |
| 32 | QuJingJunQiuShangMao |
| 33 | GICHUGI |
| 34 | Hazelerma |
| 35 | Spring WA |
| 36 | MOOZC |
| 37 | yinxunning123 |
| 38 | MENEASE |
| 39 | PBuild |
| 40 | JONCHO |
| 41 | SEAMAY |
| 42 | lil LOKI |
| 43 | Dear Cash |
| 44 | Ogden Austin |
| 45 | NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI |
| 46 | Xuda Maliu |
| 47 | taizhoushihongguanfushiyouxian |
| 48 | YuFengNongMuFaZhan |
| 49 | luhaitao44 |
| 50 | wuhuxianhuixinxikej |
| 51 | suizhoushizengduqurunfudebaihuoshangmao |
| 52 | Goldentai e-business |
| 53 | zhanchunxia |
| 54 | Enjoy to the fullest B |
| 55 | Haohao simple decoration |
| 56 | CHENGJIEAAA |
| 57 | GJDZHFC |
| 58 | DDEFSEA |
| 59 | O tei Decorative Painting |
| 60 | Time Home B |
| 61 | Folk Home Textiles C |
| 62 | Bzhen TUO jia Textile |
| 63 | Jia Home Furnishings B |
| 64 | FuFu Signs Decor |
| 65 | Vintage Painting Two |

| 66 | Opulent Charm |
| 67 | FFBboydy |
| 68 | Poster Boy |
| 69 | Time Canvas Decorative Painting |
| 70 | nljiakl |
| 71 | Sunmou Canvas Decorative Painting |
| 72 | Honey H |
| 73 | XM ART |
| 74 | Mu Wei Pa |
| 75 | icecreamem |
| 76 | BV ART |
| 77 | Summer Huang |
| 78 | Surprise Pod |
| 79 | YuuGay |
| 80 | BEAUTIFULFORYOUAE |
| 81 | WovenWhims |
| 82 | A Complete Collection of Decorative Paintings |
| 83 | Solitude Day |
| 84 | Hu painting collection |
| 85 | Dylan Chen |
| 86 | A Red Bird |
| 87 | Summer Hyx |
| 88 | LianLian C |
| 89 | Nice Apron Life Happy |
| 90 | Happy Home DIY |
| 91 | Shopyssey |
| 92 | Zing carpet |
| 93 | LT LIN |
| 94 | EarthyWeave |
| 95 | LH Flourishes B |
| 96 | Vibe Lab Collective |
| 97 | FadedPrint |
| 98 | Fiala Dream |
| 99 | CyberInk |
| 100 | LWJAJ |
| 101 | Mr Fish Trendy Clothing |
| 102 | XY ABShirt |
| 103 | Chaste Charm Tees |
| 104 | LlianLian A |
| 105 | TrueForm |
| 106 | RRAO |

3

| 107 | Can it be changed to a story again |
| 108 | A Lovely Afternoon in the Countryside |
| 109 | DIYTree Fantasy |
| 110 | TOUTA CUP |
| 111 | Respectable Goods |
| 112 | QPZHIFANG |

4