**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SOPHIE MARGARET CORRIGAN,

    Plaintiff,                      Case No.: 1:26-cv-06012

v.                                Judge John J. Tharp, Jr.

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
| --- | --- |
| 1 | Jinwaftv |
| 2 | USAWenboco |
| 3 | skyrockett |
| 4 | yanuuw |
| 5 | yalog |
| 6 | 瞒床一佳架 |
| 7 | GICHUGI |
| 8 | Hazelerma |
| 9 | Spring WA |
| 10 | MOOZC |
| 11 | PBuild |
| 12 | JONCHO |
| 13 | SEAMAY |
| 14 | lil LOKI |
| 15 | Dear Cash |
| 16 | Ogden Austin |
| 17 | NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI |
| 18 | Xuda Maliu |

1