Exhibit 1



001 Jinwaftv

Order Details

# Order Summary

Order placed April 27, 2026   |   Order # 114-2645933-2295409

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | Visa  ending in ▇▇▇ | Item(s) Subtotal: | $13.90 |
| 15TH FLOOR 1111 W 35TH ST | [ View related transactions ] | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $13.90 |
| United States | | Estimated tax to be collected: | $1.42 |
| | | **Grand Total:** | **$15.32** |

### Arriving May 11 - May 18



Jinwaftv Guinea Pig Knowledge Poster Educational Wall Art Infographic Poster Landscape Picture Hanging Decoration Wall Painting Canvas Panels (8.00"x12.00",Unframed)
Sold by: Jinwaftv
Supplied by: Other
$13.90

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996-2026, Amazon.com, Inc. or its affiliates



002 USAWenboco

# Order Summary

Order placed April 27, 2026 | Order # 114-3698381-3175466

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▬▬▬▬ | Visa ending in ▬▬ | Item(s) Subtotal: | $8.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $8.99 |
| United States | | Estimated tax to be collected: | $0.92 |
| | | **Grand Total:** | **$9.91** |

### Arriving tomorrow



**Wenboco Guinea Pig Makeup Bag Pig Gifts Guinea Pigs Lover Gift Hamster Zipper Pouch Bag Gift Birthday Christmas Gifts for Animal Lovers Friends**
Sold by: USAWenboco
Supplied by: Other
$8.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

## 003 skyrockett



# Order Summary

Order placed April 27, 2026 | Order # 114-9925824-1127453

**Ship to**

████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.54 |
| **Grand Total:** | **$16.53** |

**Arriving tomorrow**



kunlisa Cute Beluga Whale Mug Cup,Anatomy of A Beluga Whale Ceramic Mug-11oz Coffee Milk Tea Mug Cup,Whale Lovers Gifts,Girls Boys Men Students Kids Coworkers Gifts

Sold by: skyrockett

Supplied by: Other

$14.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 004 yanuuw



# Order Summary

Order placed April 27, 2026  |  Order # 114-6068414-0179467

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| 15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa  ending in ▬▬ <br><br> View related transactions | Item(s) Subtotal: | $15.99 |
| | | Shipping & Handling: | $3.99 |
| | | Total before tax: | $19.98 |
| | | Estimated tax to be collected: | $1.64 |
| | | **Grand Total:** | **$21.62** |

**Arriving May 11 - May 20**



YHHIW Cute Beluga Whale Ceramic Mug 11 oz - Anatomy of a Beluga Whale Coffee Cup, Whale Lover Gift for Kids/Students

Sold by: yanuuw

Supplied by: Other

$15.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ✓✕

© 1996–2026, Amazon.com, Inc. or its affiliates

## 005 yalog



# Order Summary

Order placed April 27, 2026 | Order # 114-9930920-9961035

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▇▇▇▇▇▇ | Visa ending in ▇▇▇ | Item(s) Subtotal: | $12.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $5.98 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $18.97 |
| United States | | Estimated tax to be collected: | $1.33 |
| | | **Grand Total:** | **$20.30** |

### Arriving May 7 - May 14



Ldgjsjd Cute Beluga Whale Mug Cup,Anatomy of A Beluga Whale Ceramic Mug-11oz Coffee Milk Tea Mug Cup,Whale Lovers Gifts,Girls Boys Men Students Kids Coworkers Gifts

Sold by: yalog

Supplied by: Other

$12.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

006 瞒床一佳架



# Order Summary

Order placed April 27, 2026 | Order # 114-0157343-8771415

**Ship to**

████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $15.98 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $19.96 |
| Estimated tax to be collected: | $1.64 |
| **Grand Total:** | **$21.60** |

## Arriving May 11 - May 20



11oz Ceramic Beluga Whale Mug - Anatomy of A Beluga Whale | Marine Life Lover Funny Gift
Sold by: 瞒床一佳架
Supplied by: Other
$15.98

Back to top



amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ✔️❌
© 1996–2026, Amazon.com, Inc. or its affiliates

## 007 GICHUGI



# Order Summary

Order placed April 27, 2026    |    Order # 114-8818589-1833835

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ███████ | Visa   ending in ███ | Item(s) Subtotal: | $9.99 |
| 15TH FLOOR 1111 W 35TH ST | ( View related transactions ) | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $9.99 |
| United States | | Estimated tax to be collected: | $1.02 |
| | | **Grand Total:** | **$11.01** |

### Arriving Wednesday



GICHUGI Beluga Whale Pillow Covers 18x18, Anatomy of a Beluga Whale, Whale Themed Gifts for Women, Men & Kids

Sold by: GICHUGI

Supplied by: Other

$9.99

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996–2026, Amazon.com, Inc. or its affiliates

## 008 Hazelerma



# Order Summary

Order placed April 27, 2026   |   Order # 114-9306154-9065823

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮ | Visa ending in ▮▮▮ | Item(s) Subtotal: | $15.53 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $2.58 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $18.11 |
| United States | | Estimated tax to be collected: | $1.59 |
| | | **Grand Total:** | **$19.70** |

### Arriving May 6 - May 13



Anatomy of A Squirrel Men's Bow Tie Pre-Tied Adjustable Bowtie Necktie Art for Gift

Sold by: Hazelerma

Supplied by: Other

$15.53

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996–2026, Amazon.com, Inc. or its affiliates

## 009 Spring WA



# Order Summary

Order placed April 27, 2026 | Order # 114-5974492-0311459

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | Visa ending in ▓▓▓ | Item(s) Subtotal: | $13.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $5.99 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $19.98 |
| United States | | Estimated tax to be collected: | $1.43 |
| | | **Grand Total:** | **$21.41** |

### Arriving May 14 - May 28



Anatomy of A Squirrel Men's Bow Tie Pre-Tied Adjustable Bowtie Necktie Art for Gift
Sold by: Spring WA
Supplied by: Other
$13.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✖
© 1996-2026, Amazon.com, Inc. or its affiliates

## 010 MOOZC



Case: 1:26-cv-06012 Document #: 13-1 Filed: 05/27/26 Page 21 of 37 PageID #:71

# Order Summary

Order placed April 27, 2026   |   Order # 114-0437943-6311440

**Ship to**

███████
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ███

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $27.99 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $32.98 |
| Estimated tax to be collected: | $2.87 |
| **Grand Total:** | **$35.85** |

**Arriving May 12 - May 19**



Anatomy of A Squirrel Men's Hawaiian Shirt Button Down Shirts Short Sleeve Causal Tops L
Sold by: MOOZC
Supplied by: Other
$27.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✅❌
© 1996–2026, Amazon.com, Inc. or its affiliates

## 011 PBuild



Case: 1:26-cv-06012 Document #: 13-1 Filed: 05/27/26 Page 23 of 37 PageID #:73

# Order Summary

Order placed April 27, 2026 | Order # 114-5121169-4017812

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▬▬▬▬ | Visa ending in ▬▬  | Item(s) Subtotal: | $29.99 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $5.00 |
| CHICAGO, IL 60609-1404 | ( View related transactions ) | Total before tax: | $34.99 |
| United States | | Estimated tax to be collected: | $3.07 |
| | | **Grand Total:** | **$38.06** |

## Arriving May 14 - May 28



Anatomy Of A Squirrel Men's Lounge Shorts Pajama Bottom Sleep Pants Loungewear Swimming Trunks 3XL

Sold by: PBuild

Supplied by: Other

$29.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 012 JONCHO



Case: 1:26-cv-06012 Document #: 13-1 Filed: 05/27/26 Page 25 of 37 PageID #:75

# Order Summary

Order placed April 27, 2026 | Order # 114-8850913-9733024

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ▮▮

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.99 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $30.98 |
| Estimated tax to be collected: | $2.66 |
| **Grand Total:** | **$33.64** |

## Arriving May 12 - May 19



Anatomy of A Squirrel Non-Slip Bathroom Rugs Washable Bath Mats Doormat Carpet Decor for Shower Floor Indoor
Sold by: JONCHO
Supplied by: Other
$25.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✕
© 1996-2026, Amazon.com, Inc. or its affiliates

# 013 SEAMAY



# Order Summary

Order placed April 27, 2026 | Order # 114-1854291-2577864

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| ██████ 15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa ending in ██ [View related transactions] | Item(s) Subtotal: | $33.99 |
| | | Shipping & Handling: | $4.99 |
| | | Total before tax: | $38.98 |
| | | Estimated tax to be collected: | $3.48 |
| | | **Grand Total:** | **$42.46** |

### Arriving May 12 - May 19



Anatomy of A Squirrel Printed Spare Tire Cover PU Leather Wheel Protectors Case Portable Funny 28inch
Sold by: SEAMAY
Supplied by: Other
$33.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑⊠
© 1996–2026, Amazon.com, Inc. or its affiliates

# 014 lil LOKI



# Order Summary

Order placed April 27, 2026 | Order # 114-8108168-1625815

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.28 |
| Shipping & Handling: | $8.00 |
| Total before tax: | $17.28 |
| Estimated tax to be collected: | $0.95 |
| **Grand Total:** | **$18.23** |

## Arriving May 12 - May 21



LyCheer Hedgehog Hugs Cute Cartoon Baby Bodysuit Short Sleeve Rompers Jumpsuit Outfits White
Sold by: lil LOKI
Supplied by: Other
$9.28

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates



015 Dear Cash

# Order Summary

Order placed April 27, 2026    |    Order # 114-9462374-0055440

**Ship to**

▮▮▮▮▮▮▮▮

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in ▮▮▮▮

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.28 |
| Shipping & Handling: | $8.20 |
| Total before tax: | $17.48 |
| Estimated tax to be collected: | $0.95 |
| **Grand Total:** | **$18.43** |

---

### Arriving May 12 - May 21



**LyCheer Hedgehog Hugs Cute Cartoon Baby Bodysuit Short Sleeve Rompers Jumpsuit Outfits White**
Sold by: Dear Cash
Supplied by: Other
$9.28

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

## 016 Ogden Austin



# Order Summary

Order placed April 27, 2026 | Order # 114-5894463-5817848

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ███████ | Visa ending in ███ | Item(s) Subtotal: | $14.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $14.99 |
| United States | | Estimated tax to be collected: | $1.54 |
| | | **Grand Total:** | **$16.53** |

## Arriving tomorrow



**OASCUVER Cute Cartoon Hedgehog Hugs Newborn Infant Fashion Bodysuit Baby Clothing**
Sold by: Ogden Austin
Supplied by: Other
$14.99

Back to top



Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

## 017 NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI



# Order Summary

Order placed April 27, 2026  |  Order # 114-4641356-8981869

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▉▉▉▉▉▉ | Visa  ending in ▉▉ | Item(s) Subtotal: | $14.99 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | ( View related transactions ) | Total before tax: | $14.99 |
| United States | | Estimated tax to be collected: | $1.54 |
| | | **Grand Total:** | **$16.53** |

### Arriving May 12 - May 27



QIANWANYI Baby Triplets Bodysuits Hedgehogs Newborn Twin Clothes Girls Romper Boys Outfit With Hat Set(hedgehogs white 3m

Sold by: NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI

Supplied by: Other

$14.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ✔✕

© 1996-2026, Amazon.com, Inc. or its affiliates

## 018 Xuda Maliu



# Order Summary

Order placed April 27, 2026   |   Order # 114-1531113-0883469

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa ending in ▮▮▮▮ | Item(s) Subtotal: | $4.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $5.99 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $10.98 |
| United States | | Estimated tax to be collected: | $0.51 |
| | | **Grand Total:** | **$11.49** |

**Arriving May 12 - May 18**



Beautiful Vintage Hedgehog Pill Box - Charm Pill Box - Glass Candy Box Art Photo Jewelry Birthday Festival Gift Beautiful Gift
Sold by: Xuda Maliu
Supplied by: Other
$4.99

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑✕

© 1996–2026, Amazon.com, Inc. or its affiliates