**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sophie Margaret Corrigan

　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No.:
　　　　　　　　　　　　　　　　　　　　　　　　　1:26−cv−06012

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J.
　　　　　　　　　　　　　　　　　　　　　　　　　Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A

　　　　　　　　　　　　　　　　　　　Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

　　　　MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion for electronic service of process and expedited discovery [12] is taken under advisement. By 6/24/2026, the plaintiff is instructed to file supplemental briefing as to whether the Hague Convention applies to this case. See Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25−2205, 2026 WL 1502198 at *5−6 (7th Cir. May 29, 2026). The Court will consider the plaintiff's motions for electronic service of process and expedited discovery [12] after reviewing the plaintiff's supplemental briefing. In addition, where, as here, the plaintiffs seek expedited discovery rather than a temporary restraining order, the Court finds no basis to permit the case to proceed in an *ex parte* fashion, particularly given that the discovery process will require disclosure of the defendants' identities. Accordingly, the Clerk is directed to publish the plaintiffs' motion for electronic service of process and expedited discovery [12] on the docket. The plaintiff is directed to provide notice to the defendants of their intent to pursue expedited discovery. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.