**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SOPHIE MARGARET CORRIGAN,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06012

Judge John J. Tharp, Jr.

Magistrate Judge M. David Weisman

**PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEF**

Plaintiff, SOPHIE MARGARET CORRIGAN ("Plaintiff"), respectfully moves this Court for a second extension of time, until August 14, 2026, to file the supplemental brief required by this Court's Minute Entry Order [14], and as extended by the Court's Minute Entry Order [16].

On June 3, 2026, this Court entered Minute Entry Order [14] directing Plaintiff to file a supplemental brief addressing whether the Hague Convention applies in this case as discussed in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th Cir. May 29, 2026), by June 24, 2026. The Court granted Plaintiff's first request for an extension of that deadline, extending it through July 15, 2026 [16]. Plaintiff requires additional time to finish researching the Defendants' addresses, compile Plaintiff's findings, and complete the analysis necessary to address the Court's inquiry, and therefore respectfully requests an additional thirty days, through August 14, 2026.

Rule 6(b)(1)(A) permits the Court to extend a deadline for good cause on a motion made before the existing time expires. Good cause exists here. The supplemental brief turns in significant part on the results of Plaintiff's ongoing efforts to research and confirm Defendants' addresses,

and Plaintiff requires additional time to complete that work and present its findings accurately to the Court. The requested thirty-day extension is narrowly tailored to the time needed to do so, and no party will be prejudiced by it.

Plaintiff therefore respectfully requests that this Court enter an Order extending the deadline to file the supplemental brief required by Minute Entry Order [14] up to and including August 14, 2026.

DATED: July 15, 2026      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>/s/ *Keith A. Vogt*</u>
Keith A. Vogt, Esq.