# Exhibit A

# EXHIBIT A
## Per-Defendant Address Investigation
## to the Declaration of Yanling Jiang

*Map and web captures dated July 14, 2026. Live Amazon seller-profile re-captures dated August 13, 2026. Physical-premises photographs taken during the investigation and reproduced below for Defendants Nos. 3, 6, 9, 10, and 11.*

Each block records, for one Defendant: the business address disclosed on the Amazon seller record on the operative Amended Schedule A (the "Amazon seller profile address"); whether the live seller profile still discloses that address; what the four mapping and web services returned; what the PRC corporate registry returned (full detail in the companion **Exhibit B**); what physical inspection of the premises showed, where an inspection was conducted; and the resulting conclusion.

**No. 1, Jinwaftv (Amazon).**

Stated address: 工业东区万新路488号, 新都区, 成都市, 四川, 610000, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: guchengXianyisixishangmaoyouxiangongsi.

Maps: exact unit not located. Google web returns no matching result and Google Maps resolves only to unrelated Chengdu travel agencies (the nearest, at 东环路477号, is a different road); Baidu returns no relevant location and auto-switched the map to Putian City (莆田市), Fujian; Amap resolves only to a "Wanxin Road" at street level in the wrong district (双流区 Shuangliu, not the Amazon seller profile 新都区 Xindu). Building 488 was not located.

Registry: the disclosed business name returns one entity, 谷城县意肆兮商贸有限公司 (USCC 91420625MAD6D87T01; legal rep 张金伟; 存续), registered at 湖北省襄阳市谷城县城关镇银城大道齐胜大厦D01-285号（住所申报）in Gucheng County, Xiangyang, **Hubei Province**. The Amazon seller profile address is in Chengdu, **Sichuan Province**, approximately 1,000 km away. See Ex. B, No. 1.

**Conclusion: address not known.** The registry contradicts the Amazon seller profile address; a Request permits one address and the Central Authority will not choose between them.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 2, USAWenboco (Amazon).

Stated address: 小店区解放南路1号, 泰吉通大厦507 太原市, 山西省, 030000, CN.

Live profile (re-captured 2026-08-13): **conflicts.** Now discloses
龙岗区布吉街道文景社区广场路中安大厦1411, 深圳市, 广东 518000, CN.

Disclosed business name: aiyuangoudiandianzishangwuyouxiangongsi at evidence capture; shenzhengoudianwenhuachuanboyouxiangongsi on the live profile.

Maps: candid partial resolution. The building 泰吉通大厦 (Taijitong Building) resolves to No. 1 Jiefang South Road on Google Maps, Baidu, and Amap, but no map surveys the Amazon seller profile address Room 507; only Baidu shows a computed (not surveyed) point for Room 507. The maps also seat the building in 迎泽区 (Yingze District) rather than the Amazon seller profile 小店区 (Xiaodian District).

Registry: the evidence-capture name returns 太原沟点电子商务有限公司 (USCC 91140105MA0LT45H6M; legal rep 马超杰), which changed status from 存续 to 注销 **(cancelled) on 2026-02-11**. The live-profile name returns a separate entity, 深圳沟点文化传播有限公司 (USCC 91440300MA5GX17T5K; legal rep 潘火梅; 存续), registered at 深圳市龙岗区布吉街道文景社区广场路中安大厦1411, matching the live profile. See Ex. B, No. 2.

**Conclusion: address not known.** The Defendant's own disclosures conflict; the entity behind the Amazon seller profile disclosure is cancelled.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 3, skyrockett (Amazon).**

Stated address: 冷水滩区, 凤凰街道高科技工业园中小企业创业园C栋 三层YZ-3161 永州市, 湖南省, 425000, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: yongzhoushilengshuitanquxuntuhushangmaoyouxiangong.

Maps: exact unit not located. Google web finds only an unrelated Yongzhou address and Google Maps only the 凤凰街道 subdistrict; Baidu and Amap locate the 中小企业创业园 industrial-park "Building C" cluster but do not pin unit YZ-3161. Baidu's nearest third-floor/Building C hit carries a different unit number (YZ-3965) and notes that building is under construction (在建).

Registry: **exact address match.** 永州市冷水滩区讯突互商贸有限公司 (USCC 91431103MAETDL8M8M; legal rep 高转珠; 存续), registered at 湖南省永州市冷水滩区凤凰街道高科技工业园中小企业创业园C栋、三层YZ-3161. See Ex. B, No. 3.

**Physical inspection of the Amazon seller profile premises.** Building C at the site bears the name 潇湘人力资源服务产业园 (Xiaoxiang Human Resources Service Industrial Park). The park's customer service center (客服中心) occupies the second floor of the same block. A unit designation of the form YZ-3161 within a facility of that character denotes a workstation in a shared-registration or agency arrangement rather than premises occupied by the registrant.

**Conclusion: address not known.** The address is ascertained and matches the registry, but the premises are a shared-registration facility; a Request directed there would reach the park's registration desk, not this Defendant.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



Building C at the Amazon seller profile site, signed 潇湘人力资源服务产业园



The park's customer service center, 客服中心, on the second floor



**No. 4, yanuuw (Amazon).**

Stated address: 灌云县, 南岗镇深沟村五组33号, 连云港市, 江苏, 222200, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: lianyungangxinkekemaoyiyouxiangongsi.

Maps: exact house not located. Google web and Google Maps resolve only to the village/township level (南岗镇 Nangang Town / 深沟村 Shengou Village); Baidu resolves to 深沟村 (near the village primary school) and Amap only to village and "Group 5" clusters. None locates house No. 33 of Group 5 (五组33号).

Registry: **exact address match.** 连云港鑫可科贸易有限公司 (USCC 91320723MA25HEMM63; legal rep 王岩; 在业), registered at 连云港市灌云县南岗镇深沟村五组33号. See Ex. B, No. 4.

**Conclusion: address not known.** 深沟村五组33号 is a rural village-group household designation, not a commercial premises identifier; a group (组) number denotes a subdivision of a village and the number following it a household within that subdivision. No mapping service resolves it below the village and group-cluster level.

9

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 5, yalog (Amazon).**

Stated address: 咸丰县, 小村乡小村集镇二期安置房1-1-402 恩施土家族苗族自治州, 湖北省, 445600, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: xianfengxianguiyiyangshengwuyouxiangongsi.

Maps: exact unit not located. Google web and Google Maps resolve only to 小村乡 (Xiaocun Township) / county level; Baidu (auto-switched to Enshi Prefecture) returns only township landmarks and Amap only township/county entries plus an unrelated named development. None locates the Phase-II resettlement-housing unit 1-1-402.

Registry: **exact address match.** 咸丰县桂奕洋生物有限公司 (USCC 91422826MAENDBLP2L; legal rep 龙洋; 存续), registered at 湖北省恩施土家族苗族自治州咸丰县小村乡小村集镇二期安置房1-1-402（自主申报）. See Ex. B, No. 5.

**Conclusion: address not known.** The registered address is expressly self-declared (自主申报), meaning the registrant supplied it and the registry did not verify it, and the premises are a unit of Phase II resettlement housing (安置房), which is residential rather than business premises.

11

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 6, 瞞床一佳架 (Amazon).

Stated address: 永平红星路12号402房, 白云区, 广州市, 广东省, 510442, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: guangzhourongmanshangmaoyouxiangongsi.

Maps: exact unit not located. Google Maps resolves only to 红星路 (Hongxing Road) at street level; Baidu returns no relevant location and did not re-center on Guangzhou; Amap resolves to Hongxing Road / community level in 白云区 (Baiyun District) but does not locate house No. 12, Room 402 (12号402房).

Registry: **exact address match.** Of three name matches, the second, 广州荣瞞商贸有限公司 (USCC 91440111MAK0C09Q9F; legal rep 唐源; 存续), is registered at 广州市白云区永平红星路12号402房, matching the Amazon seller profile address character for character; its name also shares the unusual character 瞞 with the storefront. The first match, 广州荣曼商贸有限公司, is registered at a different address (广州市天河区车陂丁木塘5号). A separate search of the storefront string 瞞床一佳架 returned no results. See Ex. B, No. 6.

**Physical inspection of the Amazon seller profile premises.** The ground floor of 永平红星路12号 is occupied by a 24-hour restaurant operating as 新潮味汤粉世家 (红星店), within a street-front row of small commercial units with residential flats on the upper floors. There is no building directory, lobby, or reception desk.

**Conclusion: address not known.** The address is ascertained and matches the registry character for character, but the premises are a street-front restaurant with residential flats above and no means of directing process to a Room 402 occupant.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



14

Amap (高德地图)



The Amazon seller profile address, 永平红星路12号, occupied at ground level by the restaurant 新潮味汤粉世家



## No. 7, GICHUGI (Amazon). CONVENTION APPLIES

Stated address: 小店区, 长风街705号(和信商业广场)1幢(塔楼)29层2904 太原市, 山西省, 030000, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: taiyuanxinmengdianzishangwuyouxiangongsi.

Maps: the maps resolve the building complex (和信商业广场 / Hexin Commercial Plaza, 长风街705号, 小店区 Xiaodian District, Taiyuan) but none independently pins the Amazon seller profile Building 1 (Tower), 29th Floor, Room 2904; Baidu's registry-derived hits are

15

labeled "Estimated Location" (估算位置). Individual office units within a high-rise commercial tower are not ordinarily surveyed by consumer mapping services, and their absence does not contradict the registry record.

Registry: **exact address match, active, no adverse status.** 太原鑫朦电子商务有限公司 (USCC 91140105MAK31N741E; legal rep 杨鑫蒙; 存续), registered at 山西省太原市小店区长风街705号（和信商业广场）1幢（塔楼）29层2904, matching the Amazon seller profile address character for character including complex, building, tower designation, floor, and room. No abnormal-operation listing, revocation, or cancellation. See Ex. B, No. 7.

**Conclusion: address known. The Hague Convention applies.** Plaintiff holds a registered Chinese-character legal name and a matching registered address complete to the unit, and will proceed against this Defendant through the PRC Central Authority under Article 5.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 8, Hazelerma (Amazon).**

Stated address: 东冶镇东街村永和堡7号, 忻州市, 五台县, 山西省, 035503, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: haikoushitaihaibaihuoyouxiangongsi.

Maps: exact house not located. No engine pins house 永和堡7号. Google web returns only unrelated Xinzhou hotels and Google Maps a false match to "Yonghe District, New Taipei City, Taiwan"; Baidu returns no relevant location; Amap resolves only to competing village/town-level 东街村 (Dongjie Village) candidates across Xinzhou prefecture.

Registry: 海口市泰海百货有限公司 (USCC 91460000MAC83TW488; legal rep 王培全), status 吊销，未注销 **(license revoked, not deregistered)**, registered at 海南省海口市龙华区海垦街道海垦路82号303室 in Haikou, **Hainan Province**. The Amazon

17

seller profile address is in Wutai County, Xinzhou, **Shanxi Province**, approximately 2,500 km away. See Ex. B, No. 8.

**Conclusion: address not known.** The registry contradicts the Amazon seller profile address and the only matching entity's business license is revoked.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 9, Spring WA (Amazon).**

Stated address: 广州市天河区, 柯木塱金铺北街23号103房, 广州市, 广东省, 510000, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: guangzhouchaohanyemaoyiyouxiangongsi.

Maps: exact unit not located. Google Maps resolves only to the street (柯木塱金铺北街, 天河区 Tianhe District); Baidu and Amap locate the No. 23 vicinity of that street but describe it by proximity to a primary school / intersection and do not locate Room 103 (103房).

Registry: **exact address match.** 广州巢晗叶贸易有限公司 (USCC 91440106MAEQK77Q1U; legal rep 李正博; 开业), registered at 广州市天河区柯木塱金铺北街23号103房. See Ex. B, No. 9.

19

**Physical inspection of the Amazon seller profile premises.** The location is occupied by building-materials businesses: a glass and stainless-steel structural engineering shop trading as 东发玻璃, with its own signage and posted telephone number, and an adjacent steel-pipe and scaffolding dealer (钢管排栅架), with stock stored in the roadway. No business bearing this Defendant's storefront name or the registered entity's name was observed at the address.

**Conclusion: address not known.** The address is ascertained and matches the registry exactly, but the premises are occupied by unrelated building-materials businesses and no trace of this Defendant is present.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



The Amazon seller profile address, occupied by the glass and steel-structure business 东发玻璃 and an adjacent scaffolding dealer



The Amazon seller profile address, occupied by the glass and steel-structure business 东发玻璃 and an adjacent scaffolding dealer



**No. 10, MOOZC (Amazon).**

Stated address: 深圳市, 罗湖区翠竹街道水贝社区翠竹北路2109号维平大厦12栋3层, 罗湖区, 深圳市, 518020, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: shenzhenshihualitangshimujiajuyouxiangongsi.

Maps: exact unit not located. Google Maps resolves only to the surrounding 水贝 (Shuibei) jewelry district; Baidu and Amap locate the 维平大厦 (Weiping Building) complex at 翠竹北路2109号 but return multiple adjacent buildings and units (Nos. 2103/2111, Buildings 11/12) rather than pinning the Amazon seller profile address Building 12, 3rd Floor (12栋3层).

Registry: **address match, but only to floor level.** 深圳市花梨堂实木家具有限公司 (USCC 91440300MA5DGML92N; legal rep 马忠臣; 存续), registered at 深圳市罗湖区翠竹街道水贝社区翠竹北路2109号维平大厦12栋3层. The registered address itself stops at building and floor and specifies **no unit**. See Ex. B, No. 10.

**Physical inspection of the Amazon seller profile premises.** 维平珠宝大厦 is a multi-story, multi-tenant jewelry-trade building with retail jewelry tenants at street level and controlled vehicle access at the entrance. The third floor contains multiple separately occupied units. The inspection was unable to identify which, if any, is occupied by this Defendant.

**Conclusion: address not known.** An address that resolves only to a floor of a multi-tenant commercial building identifies no deliverable destination.

22

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



维平珠宝大厦, the multi-tenant building at the Amazon seller profile address, with controlled vehicle access



24

维平珠宝大厦, the multi-tenant building at the Amazon seller profile address, with controlled vehicle access

**No. 11, PBuild (Amazon).**

Stated address: 丰城市剑南路, 82号京东产业园2栋二楼2016-1-23室, 宜春市, 江西省, 336000, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: JiangXiYiQiDianZiShangWuYouXianGongSi.

Maps: exact unit not located. Google Maps cannot find the address at all; Baidu and Amap resolve only to the 京东产业园 industrial park at 剑南路82号, Fengcheng, and Baidu's nearest hits show different rooms (2017-1 / 1006-16-03), not the Amazon seller profile address Building 2, 2nd Floor, Room 2016-1-23.

Registry: **exact address match.** Of two name matches, the first, 江西宜齐电子商务有限公司 (USCC 91360981MAEL226L84; legal rep 赵金台; 存续), is registered at 江西省宜春市丰城市剑南路82号京东产业园2栋二楼2016-1-23室. The second match, 江西花间颂化妆品有限公司, is a different name registered in 九江市柴桑区. See Ex. B, No. 11.

**Physical inspection of the Amazon seller profile premises.** The site is the 京东城市（丰城）数字经济产业园 (JD City (Fengcheng) Digital Economy Industrial Park), a gated campus with a staffed vehicle entrance. The Amazon seller profile address unit designation 2016-1-23室 is a workstation-style registration address within that park rather than premises occupied by the registrant.

**Conclusion: address not known.** The address is ascertained and matches the registry exactly, but it is a workstation registration point inside an industrial park, not premises at which this Defendant can be found.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



Entrance to 京东城市（丰城）数字经济产业园, the park containing the Amazon seller profile address unit



**No. 12, JONCHO (Amazon).**

Stated address: 常州市新北区, 孟河镇城南村11组, 新北区, 常州市, 213139, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: changzhouanguangcheliangpeijianyouxiangongsi.

Maps: exact sub-village unit not located. Google resolves only to 孟河镇 (Menghe Town, 新北区 Xinbei District); Baidu returns no relevant location (and mis-centered on Yichun,

Jiangxi); Amap offers only competing 城南村 (Chengnan Village) candidates across the region. None pins 城南村 Group 11 (11组).

Registry: **exact address match.** 常州安广车辆配件有限公司 (USCC 91320411MA1MEYQW5U; legal rep 蒋俊超; 在业), registered at 常州市新北区孟河镇城南村11组. Listed as **经营异常 (operationally abnormal) on 2026-07-07** by the Changzhou National Hi-Tech District (Xinbei District) Market Supervision Administration, for failure to publish its annual report within the period prescribed by the Interim Regulations on the Publication of Enterprise Information. See Ex. B, No. 12.

**Conclusion: address not known.** 城南村11组 names a village and a numbered group within it, with no road, no building number, and no unit. A village group may encompass dozens of households across a rural area. There is nothing for a Request to designate and nothing for a judicial officer to deliver to.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 13, SEAMAY (Amazon).**

Stated address: 菊园新区管委会陈家山路嘉宝梦之月, 上海市, 嘉定区, 上海, 201800, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: shanghailiyueyuanjiankangguanliyouxiangongsi.

Maps: **no unit on the Amazon seller profile.** The platform address supplies only a residential-compound name (嘉宝梦之月) on 陈家山路 with no building or unit number. Google Maps, Baidu, and Amap confirm the 嘉宝梦之月 compound at 陈家山路1399弄, 菊园新区 (Juyuan New District), Jiading, resolving to compound and individual-building level only. No discrete unit is identified.

Registry: 上海丽月源健康管理有限公司 (USCC 91310115MA1H98C60P; legal rep 谢仕梅; 存续), registered at 上海市浦东新区长清路92号1幢2层N室 in **Pudong New District**. The

Amazon seller profile address is in **Jiading District**, a different district of Shanghai. See Ex. B, No. 13.

**Conclusion: address not known.** The registry address is in a different district from the Amazon seller profile address, and the Amazon seller profile address identifies no deliverable unit in any event.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 14, lil LOKI (Amazon).

Stated address: 天河区, 六运六街7号102铺, 广州市, 广东, 510620, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: guangzhouyuanyingshangmaoyouxiangongsi.

Maps: candid partial resolution. Google Maps drops a pin labeled "102铺" at 六运六街7号, matching the Amazon seller profile address shop label, but the label carries no business identity. Baidu resolves only to 六运六街 / the Sixth-Street intersection, and Amap reaches only street-front businesses at No. 7 (surfacing a nearby "102-2" storefront). No source independently confirms shop 102铺 as this Defendant's tenant unit.

Registry: **20 matches; none at the Amazon seller profile address.** At least four active homophone "yuanying" trading companies are registered across four different Guangzhou

32

districts, including 广州远盈商贸有限公司 (开业; reg.
白云区云城南三路393号605房之三房), 广州圆瀛商贸有限公司 (开业; reg.
南沙区南沙街道中围下街23号301房), and 广州市源盈商贸有限公司 (开业; USCC
91440101MA9ULR5X0W; reg. 番禺区大龙街美心商贸城商业二街18号). The address-based
search at the Amazon seller profile address returned no registered entity. See Ex. B, No. 14.

**Conclusion: address not known; entity identity unresolvable.** The romanized identifier does
not resolve to any one registered entity, and none of the candidates is registered at the Amazon
seller profile address. Plaintiff can name neither a defendant nor an address in a Request.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 15, Dear Cash (Amazon).

Stated address: 荔城街道通园中路46号303房, 增城区, 广州市, 广东, 510000, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: guangzhouwanfujieshangmaoyouxiangongsi.

Maps: exact unit not located. Google Maps resolves only to 通园中路 at street level (and under postcode 511300, not the Amazon seller profile address 510000); Baidu resolves to the street with a nearest numbered building of No. 44 (not the Amazon seller profile address No. 46) and does not locate Room 303; Amap likewise reaches only 通园路 street level.

34

Registry: **exact address match, but the entity is cancelled.** 广州万抚揭商贸有限公司 (USCC 91440118MA9YD6PD75; legal rep 万揭), status 注销 **(cancelled)**, registered at 广州市增城区荔城街道通园中路46号303室. See Ex. B, No. 15.

**Conclusion: address not known.** The only registry match is a cancelled entity; the legal person is extinguished and no surviving entity is verified at that address.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 16, Ogden Austin (Amazon).**

Stated address: 石滩镇立新中路, 11号201房, 广州市, 增城区, 广东省, 511330, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: guangzhouyudianshishangmaoyouxiangongsi.

Maps: exact unit not located. Google Maps resolves only to 石滩镇 (Shitan Town) at town level; Baidu resolves to 立新中路 at street level (nearest numbered results Nos. 16/38/67); Amap surfaces a storefront at 立新中路11号 but does not locate Room 201.

Registry: **exact address match, and the PRC regulator has found the entity unreachable there.** 广州余垫仕商贸有限公司 (USCC 91440118MADJ05PE5X; legal rep 余仕芳; 开业), registered at 广州市增城区石滩镇立新中路11号201房. Listed as 经营异常 **(operationally abnormal) on 2026-01-23** by the Guangzhou Zengcheng District Market Supervision Administration (广州市增城区市场监督管理局). Stated ground:

通过登记的住所或者经营场所无法联系的 ("cannot be contacted through the registered domicile or place of business"). See Ex. B, No. 16.

**Conclusion: address not known.** The PRC administrative authority that maintains the registry from which the address is drawn has formally determined that the registrant cannot be contacted at that address.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 17, NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI (Amazon). CONVENTION APPLIES

Stated address: 首南街道泰安中路158号, 702室-5 宁波市, 鄞州区, 浙江省, 315199, CN.

Live profile (re-captured 2026-08-13): identical to the Amazon seller profile address.

Disclosed business name: NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI (the disclosed business name and the storefront name are the same all-caps spaced pinyin string).

Maps: Baidu and Amap both resolve 泰安中路158号 to a multi-tenant office block in 首南街道 (Shounan Subdistrict), 鄞州区 (Yinzhou), Ningbo; Google Maps reaches only the surrounding block. The Amazon seller profile address Room 702-5 is not independently surveyed. Individual office units within a multi-tenant office block are not ordinarily surveyed by consumer mapping services, and their absence does not contradict the registry record.

38

Registry: **exact address match, active, no adverse status.** Of five name matches, the second, 宁波千亿进出口有限公司 (USCC 91330212MA2J3CD18A; legal rep 徐如芬; 存续), is registered at 浙江省宁波市鄞州区首南街道泰安中路158号702室-5, matching the Amazon seller profile address character for character including room and sub-unit. The first match, 宁波仟翼进出口有限公司, is registered at a different address (鄞州区王隘南路7号319室). See Ex. B, No. 17.

**Conclusion: address known. The Hague Convention applies.** Plaintiff holds a registered Chinese-character legal name and a matching registered address complete to the sub-unit, and will proceed against this Defendant through the PRC Central Authority under Article 5.

*Images:*

Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 18, Xuda Maliu (Amazon).**

Stated address: 奉化区锦屏街道南山路175号2049-10(自主申报）, 宁波市, 浙江省, 315000, CN.

Live profile (re-captured 2026-08-13): **conflicts.** Now discloses 白沙洲大道张家湾鑫宇花园, 武汉市洪山区, 湖北省 430065, CN.

Disclosed business name: ningbochangkaikejiyouxiangongsi.

Maps: exact unit not located. Google web returned no results, and Google Maps and Amap returned only unrelated Ningbo-region results; only Baidu reaches 南山路 in 锦屏街道 (Jinping Subdistrict), Fenghua, and even there resolves only to nearby commercial buildings at No. 160 and No. 111, not the Amazon seller profile address No. 175 or unit 2049-10.

Registry: **exact match to the Amazon seller profile address.** Of two name matches, the second, 宁波昌凯科技有限公司 (USCC 91330283MABNEWJ456; legal rep 李丹丹; 存续), is

40

registered at 浙江省宁波市奉化区锦屏街道南山路175号2049-10(自主申报）. The first match, 宁波长凯科技有限公司, is registered elsewhere at an address expressly marked 商务秘书托管 (corporate-secretarial custodianship). The matching entity was listed as **经营异常 on 2026-07-01** by the Fenghua District Market Supervision Administration of Ningbo for failure to publish its 2025 annual report. See Ex. B, No. 18.

**Conclusion: address not known.** The Amazon seller profile registered address is self-declared (自主申报) with a workstation-style unit designation; the entity is listed as operationally abnormal; and the Defendant's live profile now discloses an entirely different address in Wuhan, Hubei. Plaintiff cannot designate one address in good faith.

---

*Images:*
Google web search



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## Summary

| No. | Storefront | Registry outcome | Physical inspection | Conclusion |
|-----|-----------|------------------|---------------------|------------|
| 1 | Jinwaftv | Registered in Hubei; Amazon seller profile in Sichuan | Not conducted | Address not known |
| 2 | USAWenboco | Amazon seller profile-address entity cancelled; live address is a different entity | Not conducted | Address not known |
| 3 | skyrockett | Exact match | Shared-registration HR services park | Address not known |
| 4 | yanuuw | Exact match | Not conducted | Address not known |
| 5 | yalog | Exact match, self-declared | Not conducted | Address not known |

42

| No. | Storefront | Registry outcome | Physical inspection | Conclusion |
|---|---|---|---|---|
| 6 | 瞒床一佳架 | Exact match | Street-front restaurant, flats above | Address not known |
| **7** | **GICHUGI** | **Exact match, active, no flags** | Not conducted | **Convention applies** |
| 8 | Hazelerma | Registered in Hainan, revoked; Amazon seller profile in Shanxi | Not conducted | Address not known |
| 9 | Spring WA | Exact match | Building-materials businesses; no trace of Defendant | Address not known |
| 10 | MOOZC | Match to floor only, no unit | Multi-tenant jewelry building, gated | Address not known |
| 11 | PBuild | Exact match | Gated industrial park, workstation registration | Address not known |
| 12 | JONCHO | Exact match; 经营异常 | Not conducted | Address not known |
| 13 | SEAMAY | Registered in Pudong; Amazon seller profile in Jiading; no unit in the Amazon seller profile | Not conducted | Address not known |
| 14 | lil LOKI | 20 matches, none at Amazon seller profile address | Not conducted | Address not known |
| 15 | Dear Cash | Exact match; entity cancelled | Not conducted | Address not known |
| 16 | Ogden Austin | Exact match; regulator: unreachable at registered domicile | Not conducted | Address not known |
| **17** | **NING BO QIAN YI...** | **Exact match, active, no flags** | Not conducted | **Convention applies** |
| 18 | Xuda Maliu | Exact match; 经营异常; live profile now shows Wuhan | Not conducted | Address not known |

For sixteen of the eighteen Defendants, the platform-disclosed address has been ascertained but cannot be verified as a serviceable location connected to that Defendant. For two Defendants, Nos. 7 and 17, the address is verified and the Convention applies.

43