# Exhibit B

1

## EXHIBIT B
### PRC Corporate-Registry (Tianyancha) Findings
### to the Declaration of Yanling Jiang

**Source:** Tianyancha (天眼查) PRC enterprise database. **Search date:** August 13, 2026. **Search keys, per Defendant:** (1) the verbatim romanized **business name** disclosed on the Amazon seller profile; (2) the disclosed Chinese-language **address**.

**Summary Table**

| No. | Storefront | Registered entity returned | USCC | Legal rep. | Status | Registered address vs. Amazon seller profile address |
|---|---|---|---|---|---|---|
| 1 | Jinwaftv | 谷城县意肆兮商贸有限公司 | 91420625MAD6D87T01 | 张金伟 | 存续 | **Different province** (Hubei v. Sichuan) |
| 2 | USAWenboco | 太原沟点电子商务有限公司 | 91140105MA0LT45H6M | 马超杰 | **注销** (2026-02-11) | Corresponds to the provided disclosure; entity cancelled |
| 2 | USAWenboco (live) | 深圳沟点文化传播有限公司 | 91440300MA5GX17T5K | 潘火梅 | 存续 | Matches the **live** profile address (Shenzhen), not the provided one |

| No. | Storefront | Registered entity returned | USCC | Legal rep. | Status | Registered address vs. Amazon seller profile address |
|---|---|---|---|---|---|---|
| 3 | skyrockett | 永州市冷水滩区讯突互商贸有限公司 | 91431103MAETDL8M8M | 高转珠 | 存续 | **Exact match** |
| 4 | yanuuw | 连云港鑫可科贸易有限公司 | 91320723MA25HEMM63 | 王岩 | 在业 | **Exact match** |
| 5 | yalog | 咸丰县桂奕洋生物有限公司 | 91422826MAENDBLP2L | 龙洋 | 存续 | **Exact match**, marked 自主申报 |
| 6 | 瞒床一佳架 | 广州荣瞒商贸有限公司 | 91440111MAK0C09Q9F | 唐源 | 存续 | **Exact match** |
| **7** | **GICHUGI** | **太原鑫朦电子商务有限公司** | **91140105MAK31N741E** | **杨鑫蒙** | **存续** | **Exact match, full unit, no adverse flags** |
| 8 | Hazelerma | 海口市泰海百货有限公司 | 91460000MAC83TW488 | 王培全 | **吊销，未注销** | **Different province** (Hainan v. Shanxi) |
| 9 | Spring WA | 广州巢晗叶贸易有限公司 | 91440106MAEQK77Q1U | 李正博 | 开业 | **Exact match** |
| 10 | MOOZC | 深圳市花梨堂实木家具有限公司 | 91440300MA5DGML92N | 马忠臣 | 存续 | Match **to floor only**; no unit in the registered address |
| 11 | PBuild | 江西宜齐电子商务有限公司 | 91360981MAEL226L84 | 赵金台 | 存续 | **Exact match** |
| 12 | JONCHO | 常州安广车辆配件有限公司 | 91320411MA1MEYQW5U | 蒋俊超 | 在业·**经营异常** | **Exact match** (village-group designation) |

3

| No. | Storefront | Registered entity returned | USCC | Legal rep. | Status | Registered address vs. Amazon seller profile address |
|---|---|---|---|---|---|---|
| 13 | SEAMAY | 上海丽月源健康管理有限公司 | 91310115MA1H98C60P | 谢仕梅 | 存续 | **Different district** (Pudong v. Jiading) |
| 14 | lil LOKI | 20 matches; none at Amazon seller profile address | n/a | n/a | 开业 (various) | **No match at Amazon seller profile address** |
| 15 | Dear Cash | 广州万抚揭商贸有限公司 | 91440118MA9YD6PD75 | 万揭 | **注销** | Exact match, but entity **cancelled** |
| 16 | Ogden Austin | 广州余垫仕商贸有限公司 | 91440118MADJ05PE5X | 余仕芳 | 开业 · 经营异常 | Exact match; **regulator: unreachable at registered domicile** |
| **17** | **NING BO QIAN YI...** | **宁波千亿进出口有限公司** | **91330212MA2J3CD18A** | 徐如芬 | 存续 | **Exact match, full sub-unit, no adverse flags** |
| 18 | Xuda Maliu | 宁波昌凯科技有限公司 | 91330283MABNEWJ456 | 李丹丹 | 存续 · 经营异常 | Exact match to Amazon seller profile address; live profile now shows Wuhan |

4

Status glossary: 存续 / 在业 / 开业 = active; 注销 = cancelled (deregistered); 吊销，未注销 = business license revoked, not yet deregistered; 经营异常 = listed on the abnormal-operations register; 自主申报 / 住所申报 = address self-declared by the registrant and not verified by the registry.

## Detailed Findings

### No. 1, Jinwaftv

**Search key:** guchengxianyisixishangmaoyouxiangongsi. Matches returned: 1.

**Entity:** 谷城县意肆兮商贸有限公司 · USCC 91420625MAD6D87T01 · legal rep 张金伟 · 存续.

**Registered address:** 湖北省襄阳市谷城县城关镇银城大道齐胜大厦D01-285号（住所申报）.

**Amazon seller profile address:** 工业东区万新路488号, 新都区, 成都市, 四川 610000.

**Finding:** the registered address is in Gucheng County, Xiangyang, Hubei Province; the Amazon seller profile address is in Xindu District, Chengdu, Sichuan Province, approximately 1,000 km away. The registered address is additionally marked 住所申报 (self-declared domicile).

### No. 2, USAWenboco

This Defendant disclosed different business names and addresses at two different times; both were searched.

**Search key (at evidence capture):** aiyuangoudiandianzishangwuyouxiangongsi. Matches: 1.

**Entity:** 太原沟点电子商务有限公司 · USCC 91140105MA0LT45H6M · legal rep 马超杰.

**Status history recorded by the registry:** 高风险 · 经营状态异常 · 从"存续"变更为"注销" (changed from active to cancelled) · **2026-02-11**.

**Search key (live profile):** shenzhengoudianwenhuachuanboyouxiangongsi. Matches: 1.

**Entity:** 深圳沟点文化传播有限公司 · USCC 91440300MA5GX17T5K · legal rep 潘火梅 · 存续.

**Registered address:** 深圳市龙岗区布吉街道文景社区广场路中安大厦1411.

**Amazon seller profile address:** 小店区解放南路1号泰吉通大厦507, 太原市, 山西省 030000. **Live profile address:** 龙岗区布吉街道文景社区广场路中安大厦1411, 深圳市, 广东 518000.

**Finding:** the registered address of the live-profile entity matches the live profile (Shenzhen). The Amazon seller profie address (Taiyuan, Shanxi) corresponds to an entity that was cancelled on 2026-02-11. The Defendant's two disclosures conflict with each other.

### No. 3, skyrockett

**Search key:** yongzhoushilengshuitanquxuntuhushangmaoyouxiangong. Matches: 1.

**Entity:** 永州市冷水滩区讯突互商贸有限公司 · USCC 91431103MAETDL8M8M · legal rep 高转珠 · 存续.

**Registered address:** 湖南省永州市冷水滩区凤凰街道高科技工业园中小企业创业园C栋、三层YZ-3161.

**Finding:** exact match to the Amazon seller profile address. The unit designation YZ-3161 is a workstation-style identifier within an SME start-up park (中小企业创业园), a cluster-registration pattern. Physical inspection of the site (Ex. A, No. 3) shows Building C bears the name 潇湘人力资源服务产业园 and houses the park's customer service center.

### No. 4, yanuuw

**Search key:** lianyungangxinkekemaoyiyouxiangongsi. Matches: 1.

**Entity:** 连云港鑫可科贸易有限公司 · USCC 91320723MA25HEMM63 · legal rep 王岩 · 在业.

**Registered address:** 连云港市灌云县南岗镇深沟村五组33号.

**Finding:** exact match to the Amazon seller profile address. The designation 深沟村五组33号 is a rural village-group household number; a group (组) denotes a subdivision of a village and the following number a household within it.

### No. 5, yalog

**Search key:** xianfengxianguiyiyangshengwuyouxiangongsi. Matches: 1.

**Entity:** 咸丰县桂奕洋生物有限公司 · USCC 91422826MAENDBLP2L · legal rep 龙洋 · 存续.

**Registered address:** 湖北省恩施土家族苗族自治州咸丰县小村乡小村集镇二期安置房1-1-402（自主申报）.

**Finding:** exact match to the Amazon seller profile address, but the address is expressly self-declared (自主申报) and the premises are a unit of Phase II resettlement housing (安置房), that is, residential rather than business premises.

### No. 6, 瞒床一佳架

**Search key:** guangzhourongmanshangmaoyouxiangongsi. Matches: 3.

① 广州荣曼商贸有限公司 · 开业 · registered 广州市天河区车陂丁木塘5号, **address mismatch**.

② 广州荣瞒商贸有限公司 · USCC 91440111MAK0C09Q9F · legal rep 唐源 · 存续 · registered 广州市白云区永平红星路12号402房, **exact match**.

**Separate search of the storefront string 瞒床一佳架:** 0 results.

**Finding:** result ② matches the Amazon seller profile address character for character, and its name shares the unusual character 瞒 with the storefront. Physical inspection (Ex. A, No. 6) shows the ground floor of 永平红星路12号 is a 24-hour restaurant, 新潮味汤粉世家 (红星店), with residential flats above.

### No. 7, GICHUGI (CONVENTION APPLIES)

**Search key:** taiyuanxinmengdianzishangwuyouxiangongsi. Matches: 1.

**Entity:** 太原鑫朦电子商务有限公司 · USCC 91140105MAK31N741E · legal rep 杨鑫蒙 · 存续.

**Registered address:** 山西省太原市小店区长风街705号（和信商业广场）1幢（塔楼）29层2904.

**Finding:** exact match to the Amazon seller profile address character for character, including commercial complex, building, tower designation, floor, and room. **No abnormal-operation listing, no revocation, no cancellation.** This Defendant's registered Chinese-character legal name and registered address are both established.

### No. 8, Hazelerma

**Search key:** haikoushitaihaibaihuoyouxiangongsi. Matches: 1.

7

**Entity:** 海口市泰海百货有限公司 · USCC 91460000MAC83TW488 · legal rep 王培全 · **吊销，未注销** (license revoked, not deregistered).

**Registered address:** 海南省海口市龙华区海垦街道海垦路82号303室.

**Amazon seller profile address:** 东冶镇东街村永和堡7号, 忻州市五台县, 山西省 035503.

**Finding:** the registered address is in Haikou, Hainan Province; the Amazon seller profile address is in Wutai County, Xinzhou, Shanxi Province, approximately 2,500 km away. The entity's business license is revoked.

### No. 9, Spring WA

**Search key:** guangzhouchaohanyemaoyiyouxiangongsi. Matches: 1.

**Entity:** 广州巢晗叶贸易有限公司 · USCC 91440106MAEQK77Q1U · legal rep 李正博 · 开业.

**Registered address:** 广州市天河区柯木塱金铺北街23号103房.

**Finding:** exact match to the Amazon seller profile address. Physical inspection (Ex. A, No. 9) shows the premises are occupied by building-materials businesses, including 东发玻璃 (glass and stainless-steel structural engineering) and an adjacent steel-pipe and scaffolding dealer. No business bearing this Defendant's or the registered entity's name was observed at the address.

### No. 10, MOOZC

**Search key:** shenzhenshihualitangshimujiajuyouxiangongsi. Matches: 1.

**Entity:** 深圳市花梨堂实木家具有限公司 · USCC 91440300MA5DGML92N · legal rep 马忠臣 · 存续.

**Registered address:** 深圳市罗湖区翠竹街道水贝社区翠竹北路2109号维平大厦12栋3层.

**Finding:** the registered address matches the Amazon seller profile address, but **both stop at building and floor and specify no unit**. Physical inspection (Ex. A, No. 10) shows 维平珠宝大厦 is a multi-tenant jewelry-trade building with controlled vehicle access; the third floor contains multiple separately occupied units and none was identifiable as this Defendant's.

8

**No. 11, PBuild**

**Search key:** JiangXiYiQiDianZiShangWuYouXianGongSi. Matches: 2.

① 江西宜齐电子商务有限公司 · USCC 91360981MAEL226L84 · legal rep 赵金台 · 存续 · registered 江西省宜春市丰城市剑南路82号京东产业园2栋二楼2016-1-23室, **exact match**.

② 江西花间颂化妆品有限公司 · 存续 · registered 九江市柴桑区, different name, address mismatch.

**Finding:** result ① matches the Amazon seller profile address exactly. The unit designation 2016-1-23室 is a workstation-style identifier within the 京东产业园 industrial park. Physical inspection (Ex. A, No. 11) shows the site is the gated 京东城市（丰城）数字经济产业园.

**No. 12, JONCHO**

**Search key:** changzhouanguangcheliangpeijianyouxiangongsi. Matches: 1.

**Entity:** 常州安广车辆配件有限公司 · USCC 91320411MA1MEYQW5U · legal rep 蒋俊超 · 在业.

**Registered address:** 常州市新北区孟河镇城南村11组.

**Regulatory status recorded by the registry:** 警示 · 被列入经营异常.

列入原因：未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的.

列入机关：常州国家高新技术产业开发区（新北区）市场监督管理局.

列入日期：**2026-07-07**.

**Finding:** exact match to the Amazon seller profile address, but the address is a village-group designation with no road, building number, or unit. The entity is on the abnormal-operations register.

**No. 13, SEAMAY**

**Search key:** shanghailiyueyuanjiankangguanliyouxiangongsi. Matches: 1.

**Entity:** 上海丽月源健康管理有限公司 · USCC 91310115MA1H98C60P · legal rep 谢仕梅 · 存续.

9

**Registered address:** 上海市浦东新区长清路92号1幢2层N室.

**Amazon seller profile address:** 菊园新区管委会陈家山路嘉宝梦之月, 上海市嘉定区 201800.

**Finding:** the registered address is in Pudong New District; the Amazon seller profile address is in Jiading District. The Amazon seller profile address additionally names only a residential compound, with no building or unit number.

### No. 14, lil LOKI

**Search key:** guangzhouyuanyingshangmaoyouxiangongsi. Matches: 20.

① 广州远盈商贸有限公司 · 开业 · registered 白云区云城南三路393号605房之三房, mismatch.

② 广州圆瀛商贸有限公司 · 开业 · registered 南沙区南沙街道中围下街23号301房, mismatch.

Supplementary search returned a further homophone entity: 广州市源盈商贸有限公司 · 开业 · USCC 91440101MA9ULR5X0W · registered 番禺区大龙街美心商贸城商业二街18号, mismatch.

**Address-based search at the Amazon seller profile address (天河区六运六街7号102铺):** no registered entity returned.

**Finding:** at least four active homophone "yuanying" trading companies exist across four different Guangzhou districts (白云 / 南沙 / 番禺 / the Amazon seller profile provided 天河). None of the inspected registered addresses matches the Amazon seller profile address. Entity identity cannot be resolved from the romanized identifier.

### No. 15, Dear Cash

**Search key:** guangzhouwanfujieshangmaoyouxiangongsi. Matches: 1.

**Entity:** 广州万抚揭商贸有限公司 · USCC 91440118MA9YD6PD75 · legal rep 万揭 · 注销 **(cancelled)**.

**Registered address:** 广州市增城区荔城街道通园中路46号303室.

**Finding:** the registered address matches the Amazon seller profile address, but the entity is deregistered. The legal person is extinguished.

**No. 16, Ogden Austin**

**Search key:** guangzhouyudianshishangmaoyouxiangongsi. Matches: 1.

**Entity:** 广州余垫仕商贸有限公司 · USCC 91440118MADJ05PE5X · legal rep 余仕芳 · 开业.

**Registered address:** 广州市增城区石滩镇立新中路11号201房.

**Regulatory status recorded by the registry:** 警示 · 被列入经营异常.

列入原因：**通过登记的住所或者经营场所无法联系的** ("cannot be contacted through the registered domicile or place of business").

列入机关：广州市增城区市场监督管理局.

列入日期：**2026-01-23**.

**Finding:** the registered address matches the Amazon seller profile address character for character. The PRC administrative authority that maintains the registry has formally determined that the registrant cannot be contacted at that address.

**No. 17, NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI (CONVENTION APPLIES)**

**Search key:** NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI (the disclosed business name is identical to the storefront name). Matches: 5.

① 宁波仟翼进出口有限公司 · 存续 · registered 鄞州区王隘南路7号319室, mismatch.

② 宁波千亿进出口有限公司 · USCC 91330212MA2J3CD18A · legal rep 徐如芬 · 存续 · registered 浙江省宁波市鄞州区首南街道泰安中路158号702室-5, **exact match**.

**Finding:** result ② matches the Amazon seller profile address character for character, including room and sub-unit designation (702室-5). **No abnormal-operation listing, no revocation, no cancellation.** This Defendant's registered Chinese-character legal name and registered address are both established.

**No. 18, Xuda Maliu**

**Search key:** ningbochangkaikejiyouxiangongsi. Matches: 2.

① 宁波长凯科技有限公司 · 存续 · registered 宁波象保合作区航天大道99号11幢417室（商务秘书托管）, address mismatch; the registered address is expressly a corporate-secretarial custodianship address.

② 宁波昌凯科技有限公司 · USCC 91330283MABNEWJ456 · legal rep 李丹丹 · 存续 · registered 浙江省宁波市奉化区锦屏街道南山路175号2049-10(自主申报）, **exact match to the Amazon seller profile address**.

**Regulatory status of result ②:** 警示 · 被列入经营异常.

列入原因：2025年度未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的.

列入机关：宁波市奉化区市场监督管理局.

列入日期：**2026-07-01**.

**Live profile address (re-captured 2026-08-13):** 白沙洲大道张家湾鑫宇花园, 武汉市洪山区, 湖北省 430065, which conflicts with the Amazon seller profile address.

**Finding:** result ② matches the Amazon seller profile address exactly, but that address is self-declared (自主申报) with a workstation-style unit designation, the entity is on the abnormal-operations register, and the Defendant now discloses a different address in Wuhan, Hubei. ---

*Registry search conducted August 13, 2026 on Tianyancha (tianyancha.com). Every Chinese-character entity name, unified social credit code, legal representative, status, registered address, and regulatory-listing entry reproduced above is the record this registry returned for the corresponding verbatim search. Corresponding address, mapping, and physical-inspection findings are in the companion Exhibit A.*