**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sophie Margaret Corrigan

Plaintiff,

v.

Case No.: 1:26−cv−06012
Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 20, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the plaintiff's supplemental brief [20], the Court finds that the Hague Convention does not apply to the defendant. The plaintiff made "reasonably diligent efforts to ascertain and verify [the] defendant's mailing address," and was unable to do so. *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 177 F.4th 793, 799 (7th Cir. 2026) (quoting *NBA Props., Inc. v. P'ships & Unincorporated Ass'ns Identified in Schedule "A"*, 549 F. Supp. 3d 790, 796 (N.D. Ill. 2021)). The plaintiff's motion for electronic service and expedited discovery [12] is therefore granted. Enter Order. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.