**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SOPHIE MARGARET CORRIGAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06012

Judge John J. Tharp, Jr.

Magistrate Judge M. David Weisman

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, SOPHIE MARGARET CORRIGAN ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on August 27, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon") and Temu, LLC ("Temu") marketplaces, as identified and provided by third parties for Defendants.

4. I hereby certify that on or before August 27, 2026, I electronically published the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Electronic Service on a website.

5. I hereby certify that on August 27, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail addresses associated with accounts at the Amazon and Temu marketplaces, as identified and provided by third parties for Defendants that includes a link to said website. These email addresses were provided to the Amazon and Temu marketplaces so that these marketplaces may communicate with Defendants regarding issues related to the purchase, transfer, and maintenance of the various accounts.

6. Attached hereto as **Exhibit 1** is a chart showing the defendants have received proper service and the email address(es) used for serving the defendants.

7. Attached hereto as **Exhibit 2** is a true and correct copy of the email that Plaintiff sent to the email addresses identified and provided for Defendants by third parties that includes a link to said website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*