Exhibit 1

| No. | Defendant | Email | Served? |
|---|---|---|---|
| 1 | Jinwaftv | zhangjinweihi@outlook.com | Yes |
| 2 | USAWenboco | machaojieus@sina.com | Yes |
| 3 | skyrockett | zhangqiniu2022@163.com | Yes |
| 4 | yanuuw | yuwhwny@outlook.com | Yes |
| 5 | yalog | ubsafe11@outlook.com | Yes |
| 6 | 瞒床一佳架 | rycesandlan249@outlook.com | Yes |
| 7 | GICHUGI | huangrong1907@outlook.com | Yes |
| 8 | Hazelerma | qianjin87407073@163.com | Yes |
| 9 | Spring WA | baqin327@163.com | Yes |
| 10 | MOOZC | diasuan4@163.com | Yes |
| 11 | PBuild | zhangbingjian0951@outlook.com | Yes |
| 12 | JONCHO | implication@163.com | Yes |
| 13 | SEAMAY | eb8350@163.com | Yes |
| 14 | lil LOKI | fosterm371@hotmail.com | Yes |
| 15 | Dear Cash | wanjie03052024@163.com | Yes |
| 16 | Ogden Austin | ban25348@163.com | Yes |
| 17 | NING BO QIAN YI JIN CHU KOU YOU XIAN GONG SI | qianyiuscamx1@163.com | Yes |
| 18 | Xuda Maliu | 13437175179@163.com | Yes |