**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SOPHIE MARGARET CORRIGAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06012

Judge John J. Tharp, Jr.

Magistrate Judge M. David Weisman

**DECLARATION OF SOPHIE MARGARET CORRIGAN**

I, SOPHIE MARGARET CORRIGAN, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Sophie Corrigan Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a freelance illustrator and children's book author. My work is characterized by a cute and quirky style, often incorporating humor and familiarity into my animal characters. I have been an artist since 2010, following a bachelor's degree in illustration and a master's degree in children's book illustration. During my university years, I began selling my artwork through platforms such as Redbubble and Etsy. Now, my work has reached a global audience through illustrated children's books that have been translated into multiple languages, as well as the many pet portraits I have been commissioned to create over the years. Some of my clients include Bloomsbury, Chronical Books, Tesco

Magazine, Hallmark Cards, Healthy Planet, and my work has been stocked by Barnes and Noble, Urban Outfitters, Walmart, Target, Hot Topic, and Topshop, among other global retailers.

4. I am the official source of products associated with the Sophie Corrigan Works (the "Sophie Corrigan Products"):




https://www.redbubble.com/people/SophieCorrigan/shop?

5. I am the owner of the copyright registrations for the Sophie Corrigan copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-467-298; VA 2-467-885; VA 2-467-824; VA 2-467-834; and VA 2-467-826 (the "Sophie Corrigan Works").

6. The success of the Sophie Corrigan Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive

internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in First Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Sophie Corrigan Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Sophie Corrigan Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Sophie Corrigan Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Sophie Corrigan Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Sophie Corrigan Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Sophie Corrigan copyrighted materials because infringers take

away my ability to control the nature and quality of products bearing the Sophie Corrigan Works and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Sophie Corrigan Works are meant to be exclusive rights.

11. The marketing and distribution of the Sophie Corrigan Works and derivative works are aimed at growing and sustaining sales. When infringers use the Sophie Corrigan Works without authorization, the exclusivity associated with the Sophie Corrigan Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Sophie Corrigan Works create the impression that the copyright rights associated with the Sophie Corrigan Works may be infringed with impunity. The Sophie Corrigan Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Sophie Corrigan Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Sophie Corrigan Works cannot be compensated for financially since it erodes my ability to monetize the Sophie Corrigan Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2026.

Sophie Margaret Corrigan

Sophie Margaret Corrigan