**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Sophie Margaret Corrigan v. Schedule A Defs.

Case Number: 26-cv-06012

An appearance is hereby filed by the undersigned as attorney for:

Defendant:

Amazon Store:Wenboco with Seller ID:A3HN8QOXX07PA5

Attorney name (type or print): Jianyin Liu

Firm: The Law Offices of James Liu PLLC

Street address: 30 N LaSalle St, Ste 1510

City/State/Zip: Chicago/IL/60602

Bar ID Number: FL Bar No. 1007675
(See item 3 in instructions)

Telephone Number: 305-209-6188

Email Address:

Are you acting as lead counsel in this case? Yes v No

Are you a member of the court's general bar? Yes v No

Are you a member of the court's trial bar? Yes No v

Are you appearing *pro hac vice*? Yes No v

If this case reaches trial, will you act as the trial attorney? Yes v No

If this is a criminal case, check your status. Retained Counsel

Appointed Counsel
If appointed counsel, are you a

Federal Defender

CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this

Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Nov. 4, 2026, 2026

Attorney signature: S/ Jianyin Liu
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023